COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

25,079-23

ARTHUR LOWE #669750
HUGHES UNIT,
RT. 2. BOX 4400
GATESVILLE, TEXAS 76597

JUNE 24, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 29 2015

Abel Acosta, Clerk

Dear Abel Acosta,
   (CCA)-Clerk,

RE: ARTHUR LOWE... CAUSE NO. 659156-C.
   Application for Writ of Habeas Corpus. 11.07. Tex.
code of Criminal Appeals.
   Please, provide me with any information, status, in
This Court of Criminal Appeals. Concerning the above-
capture Cause number.

   I, truly appreciate your consideration... THANK
You... May GOD bless you, your Family and Friends.

                              Sincerely
                              Arthur Lowe
                              ARTHUR DAVID LOWE
                              (TDCJ-ID).